# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Natural Wellness Centers of America, Inc., et al.,

              Plaintiff(s),

    v.

J.R. Andorin, Inc., et al.,

              Defendant(s).

_____/

No. C11-4642 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT defendant J.R. Andorin, Inc.'s Motion to Dismiss (Dkt. No. 8) previously noticed for **December 27, 2011**, has been rescheduled to **December 29, 2011, at 10:30 a.m.,** before Magistrate Judge Elizabeth D. Laporte, Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: December 14, 2011

                            FOR THE COURT,
                            Richard W. Wieking, Clerk

                      by: _____
                            Ada Means
                            Courtroom Deputy