Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
E-mail: RKS@attycubed.com

Attorney for Plaintiff
NATURAL WELLNESS CENTERS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURALWELLNESS.COM<br><br>Plaintiff,<br><br>vs.<br><br>J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL-WELLNESS.COM and d/b/a/ NATURALWELLNESSONLINE.COM, NATWELL, INC., a New York Corporation, and DOES 1-10<br><br>Defendants. | Case No: CV 11-04642 EDL<br><br>The Honorable Elizabeth D. Laporte<br><br>MOTION ON CONSENT TO EXTEND DEADLINE AND [PROPOSED] ORDER |

MOTION ON CONSENT TO EXTEND DEADLINE

Plaintiff NATURAL WELLNESS CENTERS OF AMERICA, by and through its counsel, hereby moves for an order extending time by forty-two (42) days from the date originally due or by January 9, 2012 for Defendant NATWELL, INC. to file and serve Plaintiff with an answer to the complaint or other responsive pleading. The reason for this extension is that parties need more time to negotiate a potential settlement agreement.

RAY K. SHAHANI
ATTORNEY AT LAW

Dated: December 21, 2011                    By:        /S/ Ray K. Shahani
                                                       Ray K. Shahani, Esq.
                                                       Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED the motion is GRANTED. Defendant Natwell, Inc. shall have additional forty-two (42) days from the date originally due or until January 9, 2012 to file an answer to the complaint or other responsive pleading.

IT IS SO ORDERED.

Dated: _____

                                        United States Magistrate Judge
                                        Hon. Elizabeth D. Laporte

///