# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NATURAL WELLNESS CENTERS OF
AMERICA, INC., etc.

         Plaintiff(s),

       v.

J.R. ANDORIN, INC., etc., et al.

         Defendant(s).

_____/

CASE NO.  11-CV-04642 EDL

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☑   have not yet reached an agreement to an ADR process

☐   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference Currently 1/3/12 ▪

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Ray Shahani, Esq. | Plaintiff | 650.348.1444 | rks@attycubed.com |
| Richard Morton, Esq. | J.R. Andorin, Inc. | 714.426.4609 | rmorton@hbblaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:  12-21-2011

_____
Attorney for Plaintiff

Dated: 12/21/2011

_____
Attorney for Defendant

Rev 12.05