UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NATURAL WELLNESS CENTERS OF
AMERICA, INC.                               Case No.  11-04642 EDL
                    Plaintiff(s),

                                            ADR CERTIFICATION BY PARTIES
                                            AND COUNSEL

            v.

J.R. ANDORIN, INC. et al.

                    Defendant(s).
_____/

        Pursuant to Civil  L.R.  16-8(b) and ADR L.R.  3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 12/21/2011                                   /s/ John Taylor
                                                    [Party]Plaintiff NWCA

Dated: 12/21/2011                                   /s/ Ray K. Shahani
                                                    [Counsel] Attorney for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05