Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
E-mail: RKS@attycubed.com

Attorney for Plaintiff
NATURAL WELLNESS CENTERS OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURALWELLNESS.COM | Case No: CV 11-04642 EDL<br><br>The Honorable Elizabeth D. Laporte |
| Plaintiff, | MOTION ON CONSENT TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | Original:<br>Date: January 3, 2012<br>Time: 10:00AM |
| J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL-WELLNESS.COM and d/b/a/ NATURALWELLNESSONLINE.COM, NATWELL, INC., a New York Corporation, and DOES 1-10 | Department: Court room E<br><br>Proposed:<br>Date: January 17, 2012<br>Time: 10:00AM<br>Department: Court room E |
| Defendants. | |

MOTION ON CONSENT TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff NATURAL WELLNESS CENTERS OF AMERICA, by and through its counsel, hereby moves for an order continuing the initial case management conference from the originally scheduled date/time of January 3, 2012, 10:00AM in San Francisco Courthouse, Courtroom E - 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 to January 17, 2012 at 10:00AM in the same court room . The reasons for this request are as follows:

1.     Plaintiff's attorney Ray K. Shahani has a scheduling conflict and an appearance at the

Central California District Court in Los Angeles on the same day;

2. Plaintiff and Defendant NATWELL, INC. have been engaged in potential settlement negotiation. Plaintiff and Defendant NATWELL, INC. have agreed to extend time for NATWELL to file an answer to the complaint or other responsive pleading to January 9, 2012. Consent Motion for Extension of Time filed December 21, 2011; and

3. Defendant J. R. ANDORIN, INC., through its attorney of record, has consented to the rescheduling of initial case management conference to January 17, 2012 at 10AM in Court room E.

Respectfully submitted,

RAY K. SHAHANI
ATTORNEY AT LAW

Dated: December 21, 2011          By: _____/s/ Ray K. Shahani_____
                                       Ray K. Shahani, Esq.
                                       Attorney for Plaintiff

///

///

## ORDER

IT IS HEREBY ORDERED the motion is GRANTED. Initial Case Management Conference is rescheduled to January 17, 2012 at 10AM in Court room E. Rule 26(f) Report and Case Management Statement is due by January 10, 2012

IT IS SO ORDERED.

Dated:

_____

United States Magistrate Judge
Hon. Elizabeth D. Laporte

///

Motion On Consent To Continue CMC and [Proposed] Order

NWCA v. Andorin et al.                    Page 3                    Page 3 of 3

ConsentMotionContCMC 122111-1.wpd

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

I am employed in the county of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is Twin Oaks Office Plaza, 477 Ninth Avenue, Suite 112, San Mateo, CA 94402-1854.

On __**December 21, 2011**__ , I served the foregoing document described as :

1.      MOTION ON CONSENT TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

on parties on the mailing list.

_____ by placing the true cop(ies) thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

____ **BY MAIL**

I deposited such envelope in the mail in San Mateo, California. The envelope was mailed with postage thereon fully prepaid.

__X__ **BY ELECTRONIC MAIL**

I caused each document to be sent by Electronic Mail to the email address(es) indicated in the mailing list.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at SAN MATEO, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Mailing List:

| Attorney(s) for J.R. Andorin Inc.:<br>Richard E. Morton<br>Haight Brown & Bonesteel LLP<br>5 Hutton Centre Drive, Suite 900<br>Santa Ana, CA 92707<br>Email: rmorton@hbblaw.com | Attorney(s) for Natwell, Inc.:<br>Hobart J. Simpson<br>Tarshis, Catania, Liberth, Mahon & Milligram, PLLC<br>One Corwin Court<br>Newburgh, NY 12550<br>Email: hsimpson@tclmm.com |
| --- | --- |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on __December 21, 2011__ , at San Mateo, California.

_____/Leo Lai/_____
LEO K. LAI
