FROM :NATURAL WELLNESS          FAX NO. :8453611118          Dec. 27 2011 06:19PM P1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NATURAL WELLNESS CENTERS OF
AMERICA, INC., et al.                            Case No. 11-CV-04642 EDL
                    Plaintiff(s),

                                                 ADR CERTIFICATION BY PARTIES
                                                 AND COUNSEL

        v.

J. R. ANDORIN, INC., etc., et al.

                    Defendant(s).
_____/

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 12/27/11

                                                 _____
                                                 [Party]

Dated: 12/21/2011

                                                 _____
                                                 [Counsel]