Richard E. Morton (Bar No. 54188)
HAIGHT BROWN & BONESTEEL LLP
5 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Telephone: 714.426.4609
Facsimile:  714.754.0826
e-mail: rmorton@hbblaw.com

Attorneys for Defendant
J.R. ANDORIN, INC., a New York Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURAL WELLNESS.COM,<br><br>Plaintiff,<br><br>vs.<br><br>J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL WELLNESSONLINE.COM, NATWELL, INC., a New York Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 11-CV-04642 EDL<br><br>[Assigned to Judge Hon. Elizabeth D. Laporte]<br><br>**DEFENDANT J.R. ANDORIN, INC.'S REQUEST FOR APPEARANCE BY PHONE AT THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   9/19/2011 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Defendant J.R. ANDORIN, INC. (hereinafter "Andorin"), hereby respectfully requests that Richard E. Morton, Esq., trial counsel for J.R. ANDORIN, INC., be allowed to appear by telephone at the upcoming Case Management Conference. The purpose for this request is due to the fact that Richard Morton resides in Southern California.

Your consideration in this regard is sincerely appreciated.

/ / /

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

PM20-0000001
3881557.1

1

Case No. 11-CV-04642 EDL
Request For Appearance by Phone at the Initial Case Management Conference

Dated: December 21, 2011

HAIGHT BROWN & BONESTEEL LLP

By: _____/s/ Morton_____
Richard E. Morton
Attorneys for Defendant
J.R. ANDORIN, INC.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3881557.1

2

Case No. 11-CV-04642 EDL
Request For Appearance by Phone at the Initial
Case Management Conference

# ORDER

IT IS HEREBY ORDERED that Richard E. Morton, Esq., shall be permitted to appear by telephone at the Initial Case Management Conference in this matter.

Dated: January 10, 2012

*Elizabeth D. Laporte*
United States Magistrate Judge
Hon. Elizabeth D. Laporte

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3881557.1

1

Case No. 11-CV-04642 EDL
Request For Appearance by Phone at the Initial
Case Management Conference