1  Richard E. Morton (Bar No. 54188)
   HAIGHT BROWN & BONESTEEL LLP
2  5 Hutton Centre Drive, Suite 900
   Santa Ana, California 92707
3  Telephone:  714.426.4609
   Facsimile:  714.754.0826
4  e-mail:  rmorton@hbblaw.com

5  Attorneys for Defendant
   J.R. ANDORIN, INC., a New York Corporation
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 NATURAL WELLNESS CENTERS OF          )  Case No. 11-CV-04642 EDL
   AMERICA, INC., a California Corporation )
12 dba NATURAL WELLNESS CENTERS OF       )  [Assigned to Judge Hon. Elizabeth D. Laporte]
   AMERICA and NATURAL                   )
13 WELLNESS.COM,                         )  **DEFENDANT J.R. ANDORIN, INC.'S**
                                         )  **REQUEST FOR APPEARANCE BY**
14              Plaintiff,               )  **PHONE AT THE INITIAL CASE**
                                         )  **MANAGEMENT CONFERENCE**
15         vs.                           )
                                         )
16 J.R. ANDORIN, INC., a New York        )  Complaint Filed:    9/19/2011
   Corporation d/b/a NATURAL WELLNESS    )
17 and d/b/a/ NATURAL                    )
   WELLNESSONLINE.COM, NATWELL,          )
18 INC., a New York Corporation, and DOES 1- )
   10,                                   )
19                                       )
                Defendants.              )
20 _____)

21

22    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

23        Defendant J.R. ANDORIN, INC. (hereinafter "Andorin"), hereby respectfully requests that

24 Richard E. Morton, Esq., trial counsel for J.R. ANDORIN, INC., be allowed to appear by

25 telephone at the upcoming Case Management Conference.  The purpose for this request is due to

26 the fact that Richard Morton resides in Southern California.

27        Your consideration in this regard is sincerely appreciated.

28 / / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3881557.1

1

Case No.  11-CV-04642 EDL
Request For Appearance by Phone at the Initial
Case Management Conference

1    Dated:  December 21, 2011                    HAIGHT BROWN & BONESTEEL LLP

2

3                                                 By: _____

4                                                     Richard E. Morton
                                                      Attorneys for Defendant
5                                                     J.R. ANDORIN, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3881557.1

2

Case No.  11-CV-04642 EDL
Request For Appearance by Phone at the Initial
Case Management Conference

1

**ORDER**

2      IT IS HEREBY ORDERED that Richard E. Morton, Esq., shall be permitted to appear by

3   telephone at the Initial Case Management Conference in this matter.

4

5   Dated:   January 10, 2012

6                                       United States Magistrate Judge
                                        Hon. Elizabeth D. Laporte
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3881557.1

1

Case No.  11-CV-04642 EDL
Request For Appearance by Phone at the Initial
Case Management Conference