Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
E-mail: RKS@attycubed.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURALWELLNESS.COM<br><br>Plaintiff,<br><br>vs.<br><br>J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL-WELLNESS.COM and d/b/a/ NATURALWELLNESSONLINE.COM, NATWELL, INC., a New York Corporation, and DOES 1-10<br><br>Defendants. | Case No: CV 11-04642 EDL<br><br>The Honorable Elizabeth D. Laporte<br><br>NOTICE OF DISMISSAL AS TO DEFENDANT NATWELL, INC. WITH PREJUDICE and [PROPOSED] ORDER |

   IT IS HEREBY REQUESTED by Plaintiff to this action NATURAL WELLNESS CENTERS OF AMERICA, INC., a California corporation, through its counsel of record, that the above-captioned action be and hereby is dismissed with prejudice as to defendant NATWELL, INC. only, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party to waive its rights to appeal and to bear its own costs and attorney's fees.

Date:   January 18, 2012          Plaintiff's Counsel      /s/ Ray K. Shahani

                                                          Ray K. Shahani, Esq.

///

1    IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is
2  dismissed as to defendant NATWELL, INC. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the
3  Federal Rules of Civil Procedure.  The parties will bear their own attorney's fees and costs of
4  suit.

6    IT IS SO ORDERED.

10  Dated:   January 23, 2012

                                        *Elijah D. Laporte* (signature)
                                        United States Magistrate Judge
                                        Hon. Elizabeth D. Laporte

14  ///

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SAN MATEO

I am employed in the county of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is Twin Oaks Office Plaza, 477 Ninth Avenue, Suite 112, San Mateo, CA 94402-1854.

On __January 18, 2012__, I served the foregoing document described as :

1. NOTICE OF DISMISSAL AS TO DEFENDANT NATWELL, INC. WITH PREJUDICE and [PROPOSED] ORDER

on parties on the mailing list.

_____ by placing the true cop(ies) thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_____ **BY MAIL**
I deposited such envelope in the mail in San Mateo, California. The envelope was mailed with postage thereon fully prepaid.

__X__ **BY ELECTRONIC MAIL**
I caused each document to be sent by Electronic Mail to the email address(es) indicated in the mailing list.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at SAN MATEO, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Mailing List:

| Attorney(s) for J.R. Andorin Inc.:<br>Richard E. Morton<br>Haight Brown & Bonesteel LLP<br>5 Hutton Centre Drive, Suite 900<br>Santa Ana, CA 92707<br>Email: rmorton@hbblaw.com | Attorney(s) for Natwell, Inc.:<br>Matthew Alexander Stratton<br>Email: mstratton@harveysiskind.com |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on __January 18, 2012__, at San Mateo, California.

/Leo Lai/
LEO K. LAI

NWC v. J.R. Andorin Inc. et al., Case No.: C 11-04642 EDL        Proof of Service