Richard E. Morton (Bar No. 54188)
HAIGHT BROWN & BONESTEEL LLP
5 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Telephone: 714.426.4600
Facsimile: 714.754.0826
e-mail: rmorton@hbblaw.com

Attorneys for Defendant
J.R. ANDORIN, INC., a New York Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURAL WELLNESS.COM, | ) ) ) ) ) | Case No. 11-CV-04642 EDL<br><br>[Assigned to Judge Hon. Elizabeth D. Laporte] |
|---|---|---|
| Plaintiff, | ) ) ) ) | **INITIAL DISCLOSURES OF DEFENDANT J.R. ANDORIN, INC., a New York Corporation** |
| vs. | ) ) ) | Date:   December 27, 2011<br>Time:   2:00 p.m. |
| J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL WELLNESSONLINE.COM, NATWELL, INC., a New York Corporation, and DOES 1-10, | ) ) ) ) ) ) | Ctrm:   E<br><br>Complaint Filed:   9/19/2011 |
| Defendants. | ) ) ) | |

TO PLAINTIFF, NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURAL WELLNESS.COM (hereinafter "Plaintiff") and its attorney of record herein:

DEFENDANT J.R. ANDORIN, INC., a New York Corporation (hereinafter "Defendant") by and through its attorney, Richard E. Morton, Esq., hereby provides its initial case disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. Defendant expressly reserves it right to supplement its disclosures as discovery progresses.

/ / /

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3896008.1

1

Case No.  11-CV-04642 EDL
INITIAL DISCLOSURES OF
DEFENDANT J.R. ANDORIN, INC.

### Identities of Individuals Likely to Have Knowledge of Discoverable Facts

Defendant is informed and believes that the following individuals likely have discoverable information:

| Name | Company Affiliation / Address | Expected Areas of Knowledge |
|---|---|---|
| Morris B. Cohen | J.R. Andorin, Inc.; he can be contacted through counsel Richard E. Morton, Esq. | Regarding all defenses applicable; defendant's claims; history of and creation and development of www.natural-wellness.com, www.naturalwellnessonline.com; historic merchandise/services offered at Defendant's websites. |
| Ralph Napolitano | P.O. Box 1549 Pine Bush, NY 12566 | Prior owner of Defendant's company; originally filed for the Trademark; knowledge of the company's inception; knowledge of when products were offered. |
| Joanna Napolitano | President and owner of former defendant Natwell | Regarding Defendant Andorin's counterclaims; history of and creation and development of www.natural-wellness.com, www.naturalwellnessonline.com; historic merchandise/services offered at Defendant's websites. |
| John R. Taylor | Plaintiff – contact via Plaintiff's counsel, Ray K. Shahani, Esq. | Regarding Plaintiff's claims; history of creation and development of mark(s) and domain name(s) in dispute, including www.naturalwellness.com; use of NWC's common law and registered trademarks; damages/loss caused by Defendant's infringement, cyber-piracy and related wrongful conduct; history of creation and development of www.naturalwellness.com |
| Cathy Tokay | 421 W. Catawissa Street Nesquehoning, PA 18240 | Prior conversations with John Taylor regarding John Taylor Natural Wellness Centers of America regarding email contacts; knowledge of websites, customer contact and sales processes of Andorin. |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

PM20-0000001
3896008.1

2

Case No. 11-CV-04642 EDL
INITIAL DISCLOSURES OF
DEFENDANT J.R. ANDORIN, INC.

| Name | Company Affiliation / Address | Expected Areas of Knowledge |
|---|---|---|
| Cheryl Baisley | Currently employed by Andorin; can be contacted through Andorin's counsel of record herein | Knowledge regarding the business purchase prior to finalization |
| Frederick Fetter | Currently employed by Andorin; can be contacted through Andorin's counsel of record herein | Knowledge regarding the business purchase prior to finalization |
| Edward Muschio | Currently employed by Andorin; can be contacted through Andorin's counsel of record herein | Knowledge regarding the business purchase prior to finalization |
| Debbie Pavich | Currently employed by Andorin; can be contacted through Andorin's counsel of record herein | Knowledge regarding the business purchase prior to finalization |
| Rebecca Golgoski | Currently employed by Andorin; can be contacted through Andorin's counsel of record herein | Knowledge regarding the business purchase prior to finalization |
| Adam Stankus | Currently employed by Andorin; can be contacted through Andorin's counsel of record herein | Knowledge regarding the business purchase prior to finalization |
| Jessica Papasidero | Currently employed by Andorin; can be contacted through Andorin's counsel of record herein | Knowledge regarding the business purchase prior to finalization |
| Joe Beccalori | 12 Wyndgate Drive Salisbury Mills, NY 12577 | Former Vice President, Marketing and Technology for Andorin with knowledge regarding same |
| Jason Yu | 182 Monahan Road Port Jervis, NY  12771 | Former IT Coordinator and Programmer for Andorin with knowledge regarding same |

LAW OFFICES

HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

PM20-0000001
3896008.1

3

Case No.  11-CV-04642 EDL

INITIAL DISCLOSURES OF
DEFENDANT J.R. ANDORIN, INC.

| Name | Company Affiliation / Address | Expected Areas of Knowledge |
|---|---|---|
| Shane Daley | 211 Cardinal Drive Montgomery, NY  12549 | Web Development / IT Support |

### Documents and Things in the Possession of Counsel or the Party

Defendant identifies the following categories of documents and things in its possession that it may use to support its claims:

- All documents concerning the creation and development and use of the marks Natural Wellness, Natural-Wellness.com, Natural Wellness Online.com

- Documents concerning trademark prosecution history of all trademarks associated with J.R. Andorin, Inc., that are the subject of this lawsuit and any counterclaims

- Documents concerning the creation, development and use of all domain names associated with J.R. Andorin, Inc.

- All documents concerning ICANN Proceeding No. FA1107001399143

All of the documents identified above are either located at the office of Defendant's counsel or are located in the offices of Defendant and/or third parties.  All documents will be collected and stored at the offices of Defendant's counsel in due course in this lawsuit.

### Statement of Basis of Damages

J.R. Andorin, Inc., anticipates filing a Cross-Complaint seeking all damages associated with the marks and ownership of the marks Natural Wellness, Natural-Wellness.com, Natural Wellness Online.com.

### Insurance Agreement in Force

Defendant has reported Plaintiff's claim to its insurance carrier, Preferred Mutual, who is defending this matter subject to a reservation of rights.

///

///

///

///

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3896008.1

4

Case No.  11-CV-04642 EDL
INITIAL DISCLOSURES OF
DEFENDANT J.R. ANDORIN, INC.

## Identities of Experts and their Opinions

Defendant at this time has not retained an expert, but reserves its right to do so as discovery progresses.

Dated:  January 30, 2012

HAIGHT BROWN & BONESTEEL LLP

By: _____

Richard E. Morton
Attorneys for Defendant
J.R. ANDORIN, INC., a New York
Corporation

**LAW OFFICES**

HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3896008.1

Case No.  11-CV-04642 EDL
INITIAL DISCLOSURES OF
DEFENDANT J.R. ANDORIN, INC.