Richard E. Morton (Bar No. 54188)
HAIGHT BROWN & BONESTEEL LLP
5 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Telephone: 714.426.4600
Facsimile: 714.754.0826
e-mail: rmorton@hbblaw.com

Attorneys for Defendant
J.R. ANDORIN, INC., a New York Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURAL WELLNESS.COM,<br><br>Plaintiff,<br><br>vs.<br><br>J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL WELLNESSONLINE.COM, NATWELL, INC., a New York Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 11-CV-04642 EDL<br><br>[Assigned to Judge Hon. Elizabeth D. Laporte]<br><br>**MOTION ON CONSENT TO EXTEND DEADLINE AND [PROPOSED] ORDER**<br><br>Complaint Filed:   9/19/2011 |

**MOTION ON CONSENT TO EXTEND THE DEADLINE**

Defendant J.R. ANDORIN, INC., a New York Corporation (hereinafter "Defendant") and Plaintiff, NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURAL WELLNESS.COM, (hereinafter "Plaintiff") by and through their respective counsel, hereby move the Court for an Order extending the time by thirty (30) days from the date that J.R. ANDORIN' INC.'S Answer is due for Defendant to file and serve plaintiff with an Answer to the Complaint. The reason for this

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3898490.1

1

Case No. 11-CV-04642 EDL
MOTION ON CONSENT TO EXTEND
DEADLINE AND [PROPOSED] ORDER

extension is that the parties are currently engaged in settlement negotiations and there is the possibility that a settlement will be reached within the next thirty (30) days.

The response will be due to be served and filed on March 19, 2012.

Dated: February 6, 2012

HAIGHT BROWN & BONESTEEL LLP

By: _____
Richard E. Morton
Attorneys for Defendant
J.R. ANDORIN, INC., a New York Corporation

Dated: February 6, 2012

RAY K. SHAHANI, ESQ.

By: _____
Ray K. Shahani
Attorneys for Plaintiff
NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURAL WELLNESS.COM

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Orange County

PM20-0000001
3898490.1

2

Case No. 11-CV-04642 EDL
MOTION ON CONSENT TO EXTEND DEADLINE AND [PROPOSED] ORDER

# ORDER

It is hereby ordered that the Motion to extend deadline for Defendant to Answer is granted. Defendant, J.R. ANDORIN, INC., a New York Corporation, shall have an additional thirty (30) days from the date responsive pleadings were originally due to file its Answer to Complaint or other responsive pleading.

Dated: February 8, 2011

*Elijah D. Laporte* (signature)

The Honorable Judge Laporte

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Orange County

PM20-0000001
3898490.1

1

Case No. 11-CV-04642 EDL
MOTION ON CONSENT TO EXTEND
DEADLINE AND [PROPOSED] ORDER