Richard E. Morton, SBN 54188
HAIGHT BROWN & BONESTEEL LLP
5 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Telephone: 714.426.4600
Facsimile:   714.754.0826
E-mail:  rmorton@hbblaw.com

Attorneys for Defendant
J.R. ANDORIN, INC.

Ronald L. Richman, SBN 139189
C. Todd Norris, SBN 181337
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: todd.norris@bullivant.com

Attorneys for Counter-Claimant
J.R. ANDORIN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURALWELLNESS.COM,<br><br>          Plaintiffs,<br><br>      vs.<br><br>J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a NATURAL-WELLNESS.COM and d/b/a NATURALWELLNESSONLINE.COM, NATWELL, INC., a New York Corporation, and DOES 1-10.<br><br>          Defendants. | Case No.: 11-CV-04642 EDL<br><br>**NOTICE OF APPEARANCE** |
| AND RELATED CROSS-ACTION. | |

– 1 –

The attorney identified below enters his appearance in this matter as counsel of record for Counter-Claimant J.R. Andorin, Inc., and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of J.R. Andorin, Inc.

Ronald L. Richman
Bullivant Houser Bailey PC
601 California Street, 18th Floor
San Francisco, CA 94108
Tel: 415.352-2700
Fax: 415.352-2701
Email: ron.richman@bullivant.com

DATED: March 20, 2012

BULLIVANT HOUSER BAILEY PC


By      */s/ Ronald L. Richman*
       Ronald L. Richman

Attorneys for Counter-Claimant
J.R. Andorin, Inc.

13717489.1

NOTICE OF APPEARANCE
Case No.: 11-Civil-04642