Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
E-mail: RKS@attycubed.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURALWELLNESS.COM<br><br>Plaintiff,<br><br>vs.<br><br>J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL-WELLNESS.COM and d/b/a/ NATURALWELLNESSONLINE.COM, and DOES 1-10<br><br>Defendant.<br><br>J.R. ANDORIN, INC., a New York corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>NATURALWELLNESS CENTERS OF AMERICA, INC. a California corporation,<br><br>Counter-Defendant. | Case No: CV 11-04642 EDL<br><br>The Honorable Elizabeth D. Laporte<br><br>[PROPOSED] ORDER |

///

///

[Proposed] ORDER
NWCA v. Andorin et al., C 11-04642 EDL

ORDER

Having considered Plaintiff/Counter Defendant NATURAL WELLNESS CENTERS OF AMERICA, INC's ex parte application for an extension of time to plead, finding good cause therefor,

IT IS HEREBY GRANTED that Plaintiff/Counter Defendant NATURAL WELLNESS CENTERS OF AMERICA, INC., have 30 days extension to plead or otherwise respond to Defendant/Counter-claimant J.R. ANDORIN, INC's counter-complaint.

Dated: _____

U.S. Magistrate Judge