**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF SAN MATEO

I am employed in the county of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is Twin Oaks Office Plaza, 477 Ninth Avenue, Suite 112, San Mateo, CA 94402-1854.

On    **April 5, 2012**   , I served the foregoing document described as :

1.    EX PARTE APPLICATION AND ORDER EXTENDING TIME TO PLEAD and PROPOSED ORDER

on parties on the mailing list.

_____ by placing the true cop(ies) thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_____ **BY MAIL**
I deposited such envelope in the mail in San Mateo, California. The envelope was mailed with postage thereon fully prepaid.

__X__ **BY ELECTRONIC MAIL**
I caused each document to be sent by Electronic Mail to the email address(es) indicated in the mailing list.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at SAN MATEO, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Mailing List:

| | |
|---|---|
| Attorney(s) for J.R. Andorin Inc.:<br>Richard E. Morton, Esq.<br>C. Todd Norris, Esq.<br>Ron Richman, Esq.<br><br>Email: rmorton@hbblaw.com<br>         Todd.Norris@bullivant.com<br>         Ron.Richman@bullivant.com | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on    April 5, 2012   , at San Mateo, California.

/Leo Lai/
LEO K. LAI

NWC v. J.R. Andorin Inc. et al., Case No.: C 11-04642 EDL                                    Proof of Service