UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NATURAL WELLNESS CENTERS,<br><br>                Plaintiff(s),<br>   v.<br>J R ANDORIN INC,<br><br>                Defendant(s).<br>_____/ | No. C 11-04642 EDL (MEJ)<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

      This matter is scheduled for a settlement conference on Friday, June 15, 2012 at 10:00 a.m. Now before the Court is Defendant and Counter-Claimant J.R. Andorin, Inc.'s and its insurance representative, Preferred Mutual Insurance Company's request to allow them to appear by telephone at the conference. Good cause appearing, the request is **GRANTED**. However, Defendant J.R. Andorin and its insurance representative, Preferred Mutual Insurance Company is hereby advised that, should the case not settle and a further settlement conference be scheduled, they will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

      The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

      **IT IS SO ORDERED.**

Dated: May 22, 2012

                                                        _____<br>
                                                        Maria-Elena James<br>
                                                        Chief United States Magistrate Judge