Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
E-mail: RKS@attycubed.com
Attorney for Plaintiff and Counter-Defendant
NATURAL WELLNESS CENTERS OF
AMERICA, INC., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURALWELLNESS.COM<br><br>            Plaintiff,<br><br>      vs.<br><br>J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL-WELLNESS.COM and d/b/a/ NATURALWELLNESSONLINE.COM, and DOES 1-10<br><br>            Defendant.<br><hr>J.R. ANDORIN, INC., a New York corporation,<br><br>      Counter-Claimant,<br><br>      vs.<br><br>NATURALWELLNESS CENTERS OF AMERICA, INC. a California corporation,<br><br>      Counter-Defendant. | Case No: CV 11-04642 EDL<br><br>The Honorable Elizabeth D. Laporte<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

Stipulation of Dismissal with Prejudice and [Proposed] Order
NWCA v. Andorin et al., C 11-04642 EDL

IT IS HEREBY STIPULATED by and amongst the parties to this action through their designated counsel that the above-captioned action, including complaint and counter-complaint, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to waive its rights to appeal and bear its own costs and attorneys' fees.

Respectfully submitted,

Dated:    June 7, 2012          By:          /s/ Ray K. Shahani
                                             Ray K. Shahani, Esq.
                                             Attorney for Plaintiff and Counter-Defendant
                                             NATURAL WELLNESS CENTERS OF
                                             AMERICA, INC.


Dated:    June 7, 2012          By:          /s/ Richard E. Morton
                                             Richard E. Morton, Esq.
                                             Attorney for Defendant
                                             J. R. ANDORIN, INC.


Dated:    June 7, 2012          By:          /s/ C. Todd Norris
                                             C. Todd Norris, Esq.
                                             Attorney for Counter-Claimant
                                             J. R. ANDORIN, INC.

///

///

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed as to all parties with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties will bear their own attorney's fees and costs of suit.

IT IS SO ORDERED.

Dated: _____

United States Magistrate Judge

Hon. Elizabeth D. Laporte