Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655
E-mail: RKS@attycubed.com
Attorney for Plaintiff and Counter-Defendant
NATURAL WELLNESS CENTERS OF
AMERICA, INC., a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL WELLNESS CENTERS OF AMERICA, INC., a California Corporation dba NATURAL WELLNESS CENTERS OF AMERICA and NATURALWELLNESS.COM | Case No: CV 11-04642 EDL |
| Plaintiff, | The Honorable Elizabeth D. Laporte |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER |
| J.R. ANDORIN, INC., a New York Corporation d/b/a NATURAL WELLNESS and d/b/a/ NATURAL-WELLNESS.COM and d/b/a/ NATURALWELLNESSONLINE.COM, and DOES 1-10 | |
| Defendant. | |
| J.R. ANDORIN, INC., a New York corporation, | |
| Counter-Claimant, | |
| vs. | |
| NATURALWELLNESS CENTERS OF AMERICA, INC. a California corporation, | |
| Counter-Defendant. | |

IT IS HEREBY STIPULATED by and amongst the parties to this action through their designated counsel that the above-captioned action, including complaint and counter-complaint, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to waive its rights to appeal and bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: __June 7, 2012__    By: _____/s/ Ray K. Shahani_____
Ray K. Shahani, Esq.
Attorney for Plaintiff and Counter-Defendant
NATURAL WELLNESS CENTERS OF
AMERICA, INC.

Dated: __June 7, 2012__    By: _____/s/ Richard E. Morton_____
Richard E. Morton, Esq.
Attorney for Defendant
J. R. ANDORIN, INC.

Dated: __June 7, 2012__    By: _____/s/ C. Todd Norris_____
C. Todd Norris, Esq.
Attorney for Counter-Claimant
J. R. ANDORIN, INC.

///

///

IT IS HEREBY ORDERED THAT the above-captioned action be and hereby is dismissed as to all parties with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties will bear their own attorney's fees and costs of suit.

IT IS SO ORDERED.

Dated:    June 7, 2012



Judge Elizabeth D. Laporte
Magistrate Judge
Hon. Elizabeth D. Laporte