**ROCHE FREEDMAN LLP**
Ivy T. Ngo (249860)
Constantine P. Economides (*pro hac vice* forthcoming)
Velvel (Devin) Freedman (*pro hac vice* forthcoming)
1 SE 3rd Avenue
Suite 1240
Miami, Florida 33131
T: (305) 971-5943
ingo@rochefreedman.com
ceconomides@rochefreedman.com
vel@rochefreedman.com

*Counsel for Sweta Sonthalia and Proposed Lead Counsel*

**LABATON SUCHAROW LLP**
David J. Schwartz (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
T: (212) 907-0870
F: (212) 883-7070
dschwartz@labaton.com

*Additional Counsel for Sweta Sonthalia*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF MEHEDI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIEW, INC. f/k/a CF FINANCE ACQUISITION CORP. II, RAO MULPURI, and VIDUL PRAKASH,<br><br>Defendants. | No. 5:21-cv-06374-BLF<br><br>**DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION OF SWETA SONTHALIA FOR LEAVE OF COURT TO FILE MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL (ECF NO. 67)**<br><br>Hon. Beth Labson Freeman<br>Courtroom 3 – 5th Floor (San Jose) |

I, Ivy T. Ngo, hereby declare as follows:

1. I am Counsel with Roche Freedman LLP, counsel on behalf of Sweta Sonthalia, and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of Ms. Sonthalia's motion for leave of Court to file a motion seeking reconsideration of this Court's Order appointing Lead Plaintiff and Approving Selection of Counsel in the above-referenced Action (ECF No. 67).

3. Attached hereto as Exhibit 1 is a copy of a chart depicting Ms. Sonthalia and Stadium Capital's trades during the Class Period, which are related to their Retained Shares, in conjunction with the alleged misstatements, omissions, and corrective disclosure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of February 2022 at Lakewood, Colorado.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION OF SWETA SONTHALIA FOR LEAVE OF COURT TO FILE MOTION FOR RECONSIDERATION OF ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL (ECF NO. 67)
CASE NO. 5:21-cv-06374-BLF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

By:     */s/ Ivy T. Ngo*
        Ivy T. Ngo

2