UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: SWETA SONTHALIA. | No.   22-70044 |
| | D.C. No. 5:21-cv-06374-BLF |
| SWETA SONTHALIA, | Northern District of California, San Jose |
| Petitioner, | |
| | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, | |
| Respondent, | |
| VIEW, INC.; et al., | |
| Real Parties in Interest. | |

Before:  PAEZ, RAWLINSON, and WATFORD, Circuit Judges.

The petition for a writ of mandamus raises issues that warrant an answer.

*See* Fed. R. App. P. 21(b).  Accordingly, within 14 days after the date of this order, real parties in interest shall file an answer or answers.

The district court, within 14 days after the date of this order, may address the petition if it so desires.  The district court may elect to file an answer with this court or to issue a supplemental order and serve a copy on this court.  Petitioner may file a reply within 5 days after service of the answer(s).

The petition, answer(s), and any reply shall be referred to the next available argument panel.

The Clerk shall serve this order on the district court and District Judge Beth Labson Freeman.