**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-771
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*

*Lead Counsel for Lead Plaintiffs Julia and Richard Junge and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and a class of similarly situated investors,<br><br>Plaintiff,<br>v.<br><br>GERON CORPORATION and JOHN A. SCARLETT,<br><br>Defendants. | Case No. 3:20-cv-00547-WHA<br><br><u>CLASS ACTION</u><br><br>(Consolidated with Case No. 3:20-cv-01163-WHA)<br><br>**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF LEAD PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: February 24, 2022<br>Time: 8:00 a.m.<br>Dept.: Courtroom 12, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Jeffrey P. Campisi, declare as follows:

1. I am an attorney duly licensed to practice in the State of New York and am admitted to this Court *pro hac vice*. I am a Partner of the law firm Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), Lead Counsel for Lead Plaintiffs in the above-captioned consolidated action.

*2.* I submit this Declaration in support of Lead Plaintiffs' Reply in Support of Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached as Exhibit A is a true and correct copy of Veritext Legal Solutions' condensed transcript of the Deposition Testimony of Expert René M. Stulz, Ph.D., dated October 29, 2021 (the "Stulz Deposition").

4. Attached as Exhibit B is a true and correct copy of the Expert Rebuttal Report of Chad Coffman, CFA, dated November 4, 2021.

5. Attached as Exhibit C is a true and correct copy of a December 13, 2018 analyst report by Needham & Company, [NEEDHAM000647-652].

6. Attached as Exhibit D is a true and correct copy of Exhibit 19 to the Stulz Deposition.

*7.* Attached as Exhibit E is a true and correct copy of Exhibit 20 to the Stulz Deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November, 2021 in New York, New York.

By: <u>/s/ *Jeffrey P. Campisi*</u>
Jeffrey P. Campisi